**Order entered October 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00219-CR**
_____

**JEFFREY LEON BARRETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32470CR**

**ORDER**

Before the Court is appellant's October 3, 2022 final motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **October 10, 2022**. If appellant fails to file his brief by October 10, 2022, the Court may abate this case for a second hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    LANA MYERS
        JUSTICE